IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (JKF) |
| T&N LIMITED, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Reorganized Debtors. | ) | Re: Docket No. 14256 |

**APPELLEES' JOINT COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Appellees[2], respectfully submit this Joint

---

[1]    The U.S. Debtors (collectively, the "U.S. Debtors") are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Machine Tool, Inc., Federal-Mogul Mystic, Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.J. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.
        The United Kingdom Entities to which this Plan applies (collectively, the "U.K. Debtors") are AE Piston Products Limited, Aeroplane & Motor Aluminium Castings Limited, Ashburton Road Services Limited, Brake Linings Limited, Duron Limited, Edmunds, Walker & Co. Limited, Federal-Mogul Aftermarket UK Limited, Federal-Mogul Bradford Limited, Federal-Mogul Bridgwater Limited, Federal-Mogul Camshaft Castings Limited, Federal-Mogul Camshafts Limited, Federal-Mogul Engineering Limited, Federal-Mogul Eurofriction Limited, Federal-Mogul Friction Products Limited, Federal-Mogul Global Growth Limited, Federal-Mogul Ignition (U.K.) Limited, Federal-Mogul Powertrain Systems International Limited, Federal-Mogul Sealing Systems (Cardiff) Limited, Federal-Mogul Sealing Systems (Rochdale) Limited, Federal-Mogul Sealing Systems (Slough) Limited, Federal-Mogul Sealing Systems Limited, Federal-Mogul Shoreham Limited, Federal Mogul Sintered Products Limited, Federal-Mogul Systems Protection Group Limited, Federal-Mogul Technology Limited, Federal Mogul U.K. Limited, Ferodo Caernarfon Limited, Ferodo Limited, Fleetside Investments Limited, F-M UK Holding Limited, Friction Materials Limited, Greet Limited, Halls Gaskets Limited, Hepworth & Grandage Limited, J.W. Roberts Limited, Lanoth Limited, Newalls Insulation Company Limited, TAF International Limited, T&N Holdings Limited, T&N International Limited, T&N Investments Limited, T&N Limited, T&N Materials Research Limited, T&N Piston Products Group Limited, T&N Properties Limited, T&N Shelf Eighteen Limited, T&N Shelf Nineteen Limited, T&N Shelf One Limited, T&N Shelf Seven Limited, T&N Shelf Three Limited, T&N Shelf Twenty Limited, T&N Shelf Twenty-One Limited, T&N Shelf Twenty-Six Limited, TBA Belting Limited, TBA Industrial Products Limited, Telford Technology Supplies Limited, The Washington Chemical Company Limited, Turner & Newall Limited, Turner Brothers Asbestos Company Limited, and Wellworthy Limited. Unlike all the other U.K. Debtors, T&N Investments Limited is a Scottish rather than English company and commenced administration in Scotland in April 2002. Certain additional U.K. Affiliates of the U.S. Debtors and U.K. Debtors have commenced chapter 11 cases but are not subjects of this Plan.

[2]    The Appellees include the Reorganized Debtors, the Future Claimants Representative, and Asbestos Claimants Committee.

Counter-designation of items to be included in the Record on Appeal in response to the Statement of Issues Presented on Appeal and Designation of Record on Appeal [D.I. 14256] (the "Designation") filed by Certain Underwriters at Lloyd's, London, and Certain London Market Companies on or about April 7, 2008.

The following items are designated from the docket of the United States Bankruptcy Court for the District of Delaware in the above-captioned cases to be added to the record on appeal:

### Case No. 01-10578 (JKF)

| Filing Date | Docket No. | Docket Text |
| --- | --- | --- |
| 9/19/2006 | 10606 | Order (I) Approving Stipulation Regarding Plan Modifications and Potential Confirmation Objections and Plan-Related Discovery By Certain Insurance Companies, (II) Staying Discovery Requests By Certain Insurance Companies, and (III) Granting Related Relief |
| 2/7/2007 | 11508 | Order Granting Motion of Certain Plan Proponents for an Order Authorizing and Approving the Terms of the Plan Support Agreement |
| 2/7/2007 | 11509 | Order (I) Scope of Resolicitation of Fourth Amended Joint Plan of Reorganization; (II) Procedures and Ballot Forms for Resolicitation of Certain Votes to Accept or Reject the Plan; (III) Procedures and Ballot Forms for Solicitation of Votes on Plan Implementing Plan A Settlement from Holders of Pneumo Asbestos Claims; and (IV) Supplemental Publication Notice |
| 07/06/2007 | 12923 | Amended Declaration in Support of Confirmation of Fourth Amended Joint Plan of Reorganization of Eric D. Green (related document(s)12593 ) Filed by Futures Representative |
| 10/4/2007 | 13441 | Affidavit/Declaration of Service Regarding Notice of Filing Draft Modifications to Fourth Amended Joint Plan of Reorganization (As Modified) for Debtors and Debtors-in-Possession and Exhibits Thereto, Notice of Service of Notice of Filing Revised Draft Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Posession (As Modified) and Notice of Service of Notice of Filing Revised Draft Findings of Fact and Conclusions of Law In Support of Confirmation of Fourth Amended Joint Plan of Reorganization Filed by FEDERAL-MOGUL GLOBAL, |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| | | INC., T&N LIMITED, ET AL. |
| 10/5/2007 | 13455 | Notice of Hearing Re. Telephonic Status Conference in Connection with Confirmation of Fourth Amended Plan of Reorganization (As Modified) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/11/2007 | 582593571 | Notice of Hearing /Notice of Telephonic Status Conference in Connection with Confirmation of Fourth Amended Plan of Reorganization (As Modified) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/15/2007 | 13490 | Notice of Hearing of Telephonic Status Conference in Connection with Confirmation of Fourth Amended Plan of Reorganization (As Modified) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/15/2007 | 13492 | Notice of Hearing Re. Notice of Granting Oral Motion to Shorten Time With Respect to Hearing on the Potential Resolution of Certain Remaining Objections to the Fourth Amended Plan, Including the Following Motions to be Filed: (1) Debtors' Motion to Approve Compromise and Settlement with Certain Insurers of Fel-Pro and Vellumoid Asbestos Claims Pursuant to Asbestos Bodily Injury Coverage in Place Agreement, and for Allowance of Claim No. 10163 as Class 1E Secured Claim; and (2) Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/18/2007 | 13506 | Notice of Agenda of Matters Scheduled for Hearing Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.. Hearing scheduled for 10/25/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. |
| 10/24/2007 | 13542 | Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)13506 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.. Hearing scheduled for 10/25/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. |
| 10/24/2007 | 13547 | Affidavit/Declaration of Service of Gina Ziegler (related document(s)13499 ) Filed by Garden City Group, Inc. |
| 10/24/2007 | 13550 | Notice of Filing Agreed Form of Stipulation and Order Regarding Remaining London Market Objections to the Plan Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.. |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 10/24/2007 | 13551 | Notice of Filing Revised Form of Stipulation to Preserve Appeals on the Asbestos Insurance Assignment and Preemption Issue |
| 10/25/2007 | 13553 | Notice of Filing Revised Draft Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (As Modified) |
| 10/25/2007 | 13562 | Affidavit/Declaration of Service Re. Notice of Filing Revised Draft Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (As Modified) (related document(s)13553 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/25/2007 | 13563 | Affidavit/Declaration of Service Re. Notice of Filing Revised Draft Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization (related document(s)13554 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/25/2007 | 13564 | Affidavit/Declaration of Service Re. Notice of Filing Agreed Form of Stipulation and Order Regarding Remaining London Market Objections to the Plan (related document(s)13550 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/25/2007 | 13565 | Affidavit/Declaration of Service Re. Notice of Filing Revised Form of Stipulation to Preserve Appeals on the Asbestos Insurance Assignment and Preemption Issue (related document(s)13551 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/25/2007 | 13566 | Affidavit/Declaration of Service Re. Notice of Filing Revised Form of Order Granting Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan (related document(s)13552 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 10/31/2007 | 582593590 | Notice of Agenda of Matters Scheduled for Hearing Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.. Hearing scheduled for 11/1/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. |
| 10/31/2007 | 582593594 | Amended Notice of Agenda of Matters Scheduled for Hearing on November 1, 2007 at 9:00 a.m. In Pittsburgh - Related Docket No. 582593590 Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.. Hearing scheduled for 11/1/2007 at 09:00 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 11/5/2007 | 13638 | Notice of Hearing with Respect to Insurance Settlement Agreements, Insurance Assignment/Preemption Stipulations, and Plan Related Matters Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.. Hearing scheduled for 11/7/2007 at 09:00 AM |
| 11/5/2007 | 13640 | Affidavit/Declaration of Service Regarding Notice of Hearing with Respect to Insurance Settlement Agreements, Insurance Assignment/Preemption Stipulations, and Plan Related Matters (related document(s)13638 ) Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 11/6/2007 | 582593598 | Certificate of Service re: Modified Chapter 11 Plan Re. Fourth Amended Joint Plan of Reorganization (As Modified) for Debtors and Debtors-in-Possession and Exhibits Thereto (Related to Docket Nos.  Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 11/6/2007 | 582593599 | Certificate of Service re: Notice of Filing Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization. Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 11/6/2007 | 582593600 | Certificate of Service re: Notice of Filing Proposed Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (as Modified)  Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 11/6/2007 | 582593611 | Notice of Filing Execution Form of Stipulation to Preserve Appeals on the Asbestos Insurance Assignment and Preemption Issue |
| 11/7/2007 | 13651 | Notice of Filing Executed Stipulation to Preserve Appeals on the Asbestos Insurance Assignment and Preemption Issue |
| 11/7/2007 | 13657 | Certificate of Service re: Notice of Filing Executed Stipulation to Preserve Appeals on the Asbestos Insurance Assignment and Preemption Issue.  Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 11/8/2007 | 13671 | Order And Stipulation To Preserve Appeals On The Asbestos Insurance Assignment and Preemption Issue |
| 11/9/2007 | 13685 | Affidavit/Declaration of Service Regarding Confirmation Order and Related Orders  Filed by FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL. |
| 11/16/2007 | 582593619 | Notice of Entry of Judgment of (A) Entry of Confirmation Order, (B) Affirmance of Confirmation Order, and (C) Other Important Dates Related Thereto |

Additionally, the following items are designated from the docket of the United States District Court for the District of Delaware in the above-captioned cases to be added to the record on appeal:

### Case No. 1:07-mc-198 (JHR)

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 11/16/2007 | 3 | ORDER re 1 Findings of Fact & Conclusions of Law ADOPTED, 2 Order AFFIRMED,. Signed by Judge Joseph H. Rodriguez on 11/13/07 |

Dated: Wilmington, Delaware
April 17, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

James F. Conlan
Larry J. Nyhan
Jeffrey C. Steen
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-mail: jconlan@Sidley.com
E-mail: lnyhan@Sidley.com
E-mail: jsteen@Sidley.com
E-mail: klantry@Sidley.com
E-mail: kkansa@Sidley.com

- and -

PACHULSKI STANG ZIEHL & JONES LLP
By: /s/ James E. O'Neill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Scotta E. McFarland (DE Bar No. 4184)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszyjw.com
E-mail: joneill@pszyjw.com
E-mail: smcfarland@pszyjw.com

**Co-Counsel for the Reorganized Debtors**

CAMPBELL & LEVINE, LLC

By: _____
Marla R. Eskin (DE Bar No. 2989)
Kathleen Campbell Davis (DE Bar No. 4229)
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
E-mail: meskin@camlev.com
E-mail: kdavis@camlev.com

- and -

CAPLIN & DRYSDALE, CHARTERED

Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152
Telephone: (212) 319-7125
Facsimile: (212) 644-6755
E-mail: EI@capdale.com

- and -

CAPLIN & DRYSDALE, CHARTERED

Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
E-mail: PVNL@Capdale.com

**Counsel to the Official Committee of Asbestos Claimants**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 17, 2008 | Respectfully submitted, |

| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br><br>James F. Conlan<br>Larry J. Nyhan<br>Jeffrey C. Steen<br>Kevin T. Lantry<br>Kenneth P. Kansa<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>E-mail: jconlan@Sidley.com<br>E-mail: lnyhan@Sidley.com<br>E-mail: jsteen@Sidley.com<br>E-mail: klantry@Sidley.com<br>E-mail: kkansa@Sidley.com<br><br>- and - | **CAMPBELL & LEVINE, LLC**<br><br>By: /s/ [signature]<br>Marla R. Eskin (DE Bar No. 2989)<br>Kathleen Campbell Davis (DE Bar No. 4229)<br>800 N. King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br>E-mail: meskin@camlev.com<br>E-mail: kdavis@camlev.com<br><br>- and -<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br><br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, New York 10152<br>Telephone: (212) 319-7125<br>Facsimile: (212) 644-6755<br>E-mail: EI@capdale.com<br><br>- and - |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>By: _____<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Scotta E. McFarland (DE Bar No. 4184)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: ljones@pszyjw.com<br>E-mail: joneill@pszyjw.com<br>E-mail: smcfarland@pszyjw.com<br><br>**Co-Counsel for the Reorganized Debtors** | **CAPLIN & DRYSDALE, CHARTERED**<br><br>Peter Van N. Lockwood<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>E-mail: PVNL@Capdale.com<br><br><br>**Counsel to the Official Committee of Asbestos Claimants** |

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By: _____
James L. Patton, Jr. (DE Bar No. 2202)
Edwin J. Harron (DE Bar No. 3396)
Sharon M. Zieg (DE Bar No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 576-3298
E-mail: jpatton@ycst.com
E-mail: eharron@ycst.com
E-mail: szieg@ycst.com

**Counsel to Eric D. Green,
Futures Representative**