# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-10578 (JKF) |
| FEDERAL-MOGUL GLOBAL, INC., | ) | (Jointly Administered) |
| T&N LIMITED, et al.,[1] | ) | |
| | ) | Honorable Judge Judith K. Fitzgerald |
| Debtors. | ) | |
| | ) | Related Dkt. No. 14237 and 582593636 |

## STATEMENT OF ISSUES PRESENTED ON APPEAL
## AND DESIGNATION OF RECORD ON APPEAL

Certain Underwriters at Lloyd's, London, and Certain London Market Companies (collectively, "London Market Insurers") hereby file this Statement of Issues Presented on Appeal and Designation of Record on Appeal from the Bankruptcy Court's Order dated March 19, 2008, and entered on the docket on March 20, 2008, at D.I. 14237 (the "Assignment Order").

---

[1] The U.S. Debtors are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Machine Tool, Inc., Federal-Mogul Mystic, Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.J. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.

The U.K. Debtors are AE Dayton Services Limited, AE Group Machines Limited, AE Holdings Limited, AE International Limited, AE Limited, AE Piston Products Limited, AE Sales (Africa) Limited, Aeroplane & Motor Aluminium Castings Limited, Amber Supervision Limited, Ashburton Road Services Limited, Associated Engineering Group Limited, Awncast Limited, Bearings (North-Western) Limited, Brake Linings Limited, Colvan Rubber Co. Limited, Contact 100 Limited, Cosmid Limited, Cranhold Limited, Dealings Limited, Dumplington Services Limited, Duron Limited, E W Engineering Limited, Edmunds, Walker & Co. Limited, Engineering Components Limited, Federal-Mogul Acquisition Company Limited, Federal-Mogul Aftermarket UK Limited, Federal-Mogul Bradford Limited, Federal-Mogul Brake Systems Limited, Federal-Mogul Bridgwater Limited, Federal-Mogul Camshaft Castings Limited, Federal-Mogul Camshafts Limited, Federal-Mogul Engineering Limited, Federal-Mogul Eurofriction Limited, Federal-Mogul Export Services Limited, Federal-Mogul Friction Products Limited, Federal-Mogul Global Growth Limited, Federal-Mogul Ignition (U.K.) Limited, Federal-Mogul Powertrain Systems International Limited, Federal-Mogul Sealing Systems (Cardiff) Limited, Federal-Mogul Sealing Systems (Rochdale) Limited, Federal-Mogul Sealing Systems (Slough) Limited, Federal-Mogul Sealing Systems Limited, Federal-Mogul Shoreham Limited, Federal-Mogul Sintered Products Limited, Federal-Mogul Systems Protection Group Limited, Federal-Mogul Technology Limited, Federal-Mogul U.K. Limited, Ferodo Caernarfon Limited, Ferodo Limited, FHE Technology Limited, Fleetside Investments Limited, F-M UK Holding Limited, FP Diesel Limited, Friction Materials Limited, G.B. Tools & Components Exports Limited, Genthope Limited, Greet Limited, Halls Gaskets Limited, Hepworth & Grandage Limited, High Precision Equipment Limited, Inblot Limited, Instantwonder Limited, J.W. Roberts Limited, Kings Park Housing Limited, Lalton Limited, Lanoth Limited, Lanoth Precision Equipment Limited, Leeds Piston Ring & Engineering Co. Limited, M.T.A. (Kettering) Limited, Mantro Engineering Co. Limited, Mobile Distributing (Spares) Limited, Moores Plastic Units Limited, Newalls Insulation Company Limited, Ontall Limited, Payen (Europe) Limited, Pecal Limited, Presswork-Components Limited, Sintration Limited, Sourcelook Limited, Specialloid, Limited, STS (1996) Limited, TAF International Limited, T&N Holdings Limited, T&N International Limited, T&N Investments Limited, T&N Limited, T&N Materials Research Limited, T&N Piston Products Group Limited, T&N Properties Limited, T&N Shelf Eight Limited, T&N Shelf Eighteen Limited, T&N Shelf Fifteen Limited, T&N Shelf Five Limited, T&N Shelf Four Limited, T&N Shelf Fourteen Limited, T&N Shelf Nine Limited, T&N Shelf Nineteen Limited, T&N Shelf One Limited, T&N Shelf Seven Limited, T&N Shelf Six Limited, T&N Shelf Sixteen Limited, T&N Shelf Ten Limited, T&N Shelf Thirteen Limited, T&N Shelf Thirty Limited, T&N Shelf Thirty-One Limited, T&N Shelf Thirty-Three Limited, T&N Shelf Three Limited, T&N Shelf Twenty Limited, T&N Shelf Twenty-Eight Limited, T&N Shelf Twenty-Five Limited, T&N Shelf Twenty-Four Limited, T&N Shelf Twenty-Nine Limited, T&N Shelf Twenty-One Limited, T&N Shelf Twenty-Six Limited, T&N Shelf Twenty-Two Limited, T&N Shelf Two Limited, T&N Trade Marks Limited, T&N Welfare Trust Limited, TBA Belting Limited, TBA Belting (Residual) Limited, TBA Industrial Products Limited, Telford Rubber Processors Limited, Telford Technology Supplies Limited, The British Piston Ring Company Limited, The Washington Chemical Company Limited, Tinblo Limited, Touchdown Adhesive Products Limited, Turner & Newall Limited, Turner Brothers Asbestos Company Limited, Tynoda Limited, Vanwall Cars Limited, Wellworthy Limited, Wellworthy Property Developments Limited, and William C. Jones (Polymers) Limited. Unlike all the other U.K. Debtors, T&N Investments Limited is a Scottish rather than English company and has accordingly commenced administration proceedings in Scotland rather than England.

## Issues Presented on Appeal

1.     Did the Bankruptcy Court err in entering the Assignment Order?

2.     Did the Bankruptcy Court err in finding that the assignment of rights in certain insurance policies to the asbestos trust, as provided in part by Section 4.3 of the Plan, is valid and enforceable under §§ 524(g), 541(c)(1), 1123(a)(5)(B) and 1129(a)(1) of the Bankruptcy Code?

3.     Did the Bankruptcy Court err in finding that once an event occurs that gives rise to the insurer's liability under the policy, the policy itself can be assigned?

4.     Did the Bankruptcy Court err in finding that the that the debtors' insurance policies, rights under, and proceeds of those polices could be vested in the trust established by the Fourth Amended Joint Plan of Reorganization For Debtors and Debtors-In-Possession (As Modified) under §§ 1123(a)(5)(B) and (b)(3)(B), notwithstanding state law or contractual provisions to the contrary?

5.     Did the Bankruptcy Court err in finding that the insurance policies are property of these estates by virtue of § 541 and their transfer to the § 524(g) trust is permitted notwithstanding anti-assignment clauses in or incorporated in the policies or applicable state law by virtue of § 1123(a)(5) and § 541(c)(1), as applicable?

6.     Did the Bankruptcy Court err in finding that § 1142 and § 363(l) of the Bankruptcy Code do not limit the scope of preemption under § 1123(a)(5)?

7.     Did the Bankruptcy Court err in finding that § 1123(a)(5) preempts private contracts?

8.     Did the Bankruptcy Court err in finding that §541(c)(1) prohibits a contractual restriction on the rights of a debtor to transfer or assign its interests in bankruptcy?

DM3\701968.1

## Designation of the Record

| Tab No. | Date Filed | Docket No. | Description |
|---------|-----------|------------|-------------|
| 1 | 07/24/2006 | 10113 | Joint Motion to Approve Stipulation and Agreed Order Between Debtors, Official Committee of Asbestos Claimants, and Legal Representative for Future Asbestos Claimants Regarding Plan Modifications and Potential Confirmation Objections and Plan-Related Discovery by Certain Insurance Companies |
| 2 | 08/11/2006 | 10212 | Limited Opposition of Certain Underwriters at Lloyd's, London and Certain London Market Companies to the Joint Motion of Debtors, Official Committee of Asbestos Claimants, and Legal Representative for Future Asbestos Claimants for Entry of Stipulation and Agreed Order Regarding Plan Modifications and Potential Confirmation Objections and Plan-Related Discovery by Certain Insurance Companies |
| 3 | 09/08/2006 | 582593276 | Transcript of Hearing 8/28/06 |
| 4 | 09/18/2006 | 10581 | Certification of Counsel with Respect to Order (I) Approving Stipulation Regarding Plan Modifications and Potential Confirmation Objections and Plan-Related Discovery by Certain Insurance Companies, (II) Staying Discovery Requests by Certain Insurance Companies, and (III) Granting Related Relief |
| 5 | 10/05/2006 | 10737 | Transcript of Hearing on September 28, 2006 |
| 6 | 11/07/2006 | 10886 | Transcript of Hearing on 10/30/06 |
| 7 | 11/21/2006 | 10945 | Joint Chapter 11 Plan of Reorganization [Fourth Amended] |
| 8 | 11/21/2006 | 10946 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization |

| 9 | 11/21/2006 | 10947 | Motion to Approve and Order regarding (I) Scope of Resolicitation of Fourth Amended Joint Plan of Reorganization; (II) Procedures and Ballot Forms for Resolicitation of Certain Votes to Accept or Reject the Plan; (III) Procedures and Ballot Forms for Solicitation of Votes on Plan Implementing Plan A Settlement from Holders of Pneumo Asbestos Claims; and (IV) Supplemental Publication Notice Program |
|---|---|---|---|
| 10 | 11/27/2006 | 10992 | Motion of Certain Plan Proponents for an Order Pursuant to 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9019(a) Authorizing and Approving the Terms of the Plan Support Agreement |
| 11 | 01/10/2007 | 11302 | London Market Insurers' Objections to the Supplemental Disclosure Statement |
| 12 | 01/22/2007 | 11391 | Objection to Claim Number 6093 and 6441 by Claimant(s) PepsiAmericas, Inc. |
| 13 | 01/24/2007 | 11409 | Exhibits (REVISED) to Fourth Amended Joint Plan of Reorganization |
| 14 | 01/24/2007 | 11410 | Omnibus Reply of Plan Proponents to Objections to the Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization |
| 15 | 01/30/2007 | 11472 | Joint Amended Chapter 11 Plan [Fourth] of Reorganization |
| 16 | 01/30/2007 | 11473 | Joint Amended Chapter 11 Plan [Fourth] of Reorganization [BLACKLINE] |
| 17 | 01/30/2007 | 11474 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization |
| 18 | 01/30/2007 | 11475 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization [BLACKLINE] |
| 19 | 02/01/2007 | 11483 | Transcript of Hearing held on January 22, 2007 |

| 20 | 02/05/2007 | 11494 | Certification of Counsel with Respect to Order (I) Approving Supplement Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization, (II) Setting Date and Time of Confirmation Hearing with Respect to Plan of Reorganization, and (III) Establishing Objection Procedures for Plan of Reorganization |
| --- | --- | --- | --- |
| 21 | 02/07/2007 | 11510 | Order (I) Approving Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization, (II0 Settling Date and Time of Confirmation Hearing With Respect to Plan of Reorganization, and (III) Establishing Objection Procedures for Plan of Reorganization |
| 22 | 02/07/2007 | 11527 | Amended Chapter 11 Plan Part 1 |
| 23 | 02/07/2007 | 11528 | Amended Chapter 11 Plan Part 1 of Exhibits to the Plan |
| 24 | 02/07/2007 | 11529 | Amended Chapter 11 Plan Part 2 of Exhibits to the Plan |
| 25 | 02/07/2007 | 11530 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization |
| 26 | 02/09/2007 | 11540 | Response to the Debtors' Objection to Claim Nos. 6093 and 6441 Filed by PepsiAmericas, Inc. |
| 27 | 02/12/2007 | 11544 | Transcript of hearing held on February 2, 2007 |
| 28 | 03/02/2007 | 11679 | Transcript of Hearing held on February 26, 2007 |
| 29 | 03/20/2007 | 582593339 | Notice of Service Regarding Notice of Selection of Trustees of Asbestos Personal Injury Trust |
| 30 | 04/05/2007 | 11968 | Transcript of Hearing held on April 2, 2007 |
| 31 | 04/23/2007 | 12108 | Transcript of Hearing Held On April 13, 2007 |
| 32 | 04/24/2007 | 12140 | Objections (Preliminary Bullet Point) to Fourth Amended Joint Plan of Reorganization |

DM3\701968.1

| 33 | 05/02/2007 | 12252 | Transcript of Hearing Held on April 26, 2007 |
|---|---|---|---|
| 34 | 05/04/2007 | 12281 | Responses Of The Plan Proponents, Cooper, And Pneumo Abex To The Bullet Point Objections Concerning the Plan A Portion Of The Fourth Amended Joint Plan Of Reorganization |
| 35 | 05/04/2007 | 12282 | Omnibus Response of Plan Proponents To Preliminary "Bullet-Point" Objections To Confirmation Of Fourth Amended Joint Plan Of Reorganization |
| 36 | 06/04/2007 | 12576 | Objection to Fourth Amended Joint Plan of Reorganization |
| 37 | 06/04/2007 | 12605 | Memorandum of Law (Plan Proponents') Concerning Alleged Standing of Insurers to Object to Confirmation of Fourth Amended Joint Plan of Reorganization (as Modified) |
| 38 | 06/04/2007 | 12609 | Brief/Memorandum of Law of Plan Proponents in Support of Confirmation of Fourth Amended Joint Plan of Reorganization |
| 39 | 06/05/2007 | 12620 | Amended Chapter 11 Plan [Fourth] [Joint] of Reorganization (As Modified) |
| 40 | 06/05/2007 | 12621 | Exhibit s to Fourth Amended Joint Plan of Reorganization (As Modified) |
| 41 | 06/05/2007 | 12622 | Exhibit s to Fourth Amended Joint Plan of Reorganization (As Modified) |
| 42 | 06/05/2007 | 12623 | Amended Chapter 11 Plan Blackline of Fourth Amended Joint Plan of Reorganization (As Modified) |
| 43 | 06/08/2007 | 582593434 | Transcript of Hearing held on May 21, 2007 |
| 44 | 06/08/2007 | 582593457 | The Plan Supporters' Joint List of Exhibits For The Confirmation Hearing |
| 45 | 06/11/2007 | 582593479 | Notice of Filing Of Summaries Of (I) Objections |

DM3\701968.1

| | | | |
|---|---|---|---|
| | | | Raised With Respect To F-M Plan And Plan B Settlement And (II) Objections Raised With Respect To Plan A Settlement |
| 46 | 06/11/2007 | 582593483 | Reply of Plan Proponents To Objections To Fourth Amended Joint Plan Of Reorganization (As Modified) |
| 47 | 06/14/2007 | 12686 | Transcript of Hearing held on June 7, 2007 |
| 48 | 06/14/2007 | 12697 | Memorandum of Law of Plan Proponents Concerning Alleged Standing of Insurers to Object to Confirmation of Fourth Amended Joint Plan of Reorganization (As Modified) |
| 49 | 06/19/2007 | 12766 | Transcript of Hearing Held on June 11, 2007 |
| 50 | 06/26/2007 | 12841 | Transcript of Telephonic Hearing Held before the Honorable Judith K. Fitzgerald on June 11, 2007 |
| 51 | 06/26/2007 | 12842 | Transcript of Hearing Held before the Honorable Judith K. Fitzgerald on June 19, 2007 |
| 52 | 06/29/2007 | 12879 | Transcript of Hearing held before the Honorable Judith K. Fitzgerald on June 20, 2007, |
| 53 | 06/29/2007 | 12880 | Transcript of Trial Held Before The Honorable Judith K. Fitzgerald on June 21, 2007 |
| 54 | 07/03/2007 | 12911 | Transcript (Revised) of Telephonic Hearing Held before The Honorable Judith K. Fitzgerald on June 18, 2007 |
| 55 | 07/05/2007 | 12913 | Transcript of Telephonic Hearing Before The Honorable Judith K. Fitzgerald on June 25, 2007 |
| 56 | 07/16/2007 | 13000 | Transcript (2nd Revision) of Telephonic Hearing Held before The Honorable Judith K. Fitzgerald on June 18, 2007, at 8:37 a.m. |
| 57 | 07/24/2007 | 13062 | Certification of Counsel with Respect to Stipulation by and Between (I) Plan Proponents and (II) Certain Underwriters at Lloyd's, London |

| | | | and Certain London Market Companies |
|---|---|---|---|
| 58 | 07/25/2007 | 13069 | Transcript of Telephonic Hearing Held Before the Honorable Judith K. Fitzgerald on July 9, 2007 |
| 59 | 07/25/2007 | 13070 | Transcript of Hearing Held Before the Honorable Judith K. Fitzgerald on July 10, 2007 |
| 60 | 07/27/2007 | 13095 | Notice of Service of Plan Supporters' Exhibit List (Including Plan Objectors' Specific Objections to the Exhibits) in Connection with Confirmation Hearings on Fourth Amended Joint Plan of Reorganization (As Modified) |
| 61 | 07/30/2007 | 13108 | Transcript of Hearing held on July 23, 2007 |
| 62 | 07/31/2007 | 582593565 | Joint Post-Confirmation Hearing Memorandum of Certain Plan Proponents, Cooper Industries, LLC and Pneumo Abex LLC in Support of the "Plan A" Addendum to the Fourth Amended Joint Plan of Reorganization |
| 63 | 07/31/2007 | 582593566 | Post-Trial Brief of Plan Supporters in Support of Confirmation of Fourth Amended Joint Plan of Reorganization (As Modified) |
| 64 | 07/31/2007 | 582593567 | Modifications to Fourth Amended Joint Plan of Reorganization (As Modified) for Debtors and Debtors-In-Possession |
| 65 | 08/02/2007 | 13129 | Transcript of Telephonic Hearing Before The Honorable Judith K. Fitzgerald Held on July 26, 2007 |
| 66 | 08/06/2007 | 13142 | Findings of Fact and Conclusions of Law [Proposed] In Support of Confirmation of Fourth Amended Joint Plan of Reorganization |
| 67 | 08/06/2007 | 13143 | Findings of Fact and Conclusions of Law of Plan Objectors'(Proposed) Filed by Hartford Accident and Indemnity Company, et al.. |
| 68 | 08/06/2007 | 13144 | Findings of Fact and Conclusions of Law |

DM3\701968.1

| | | | |
|---|---|---|---|
| | | | [Proposed] Regarding Approval Of The Addendum Of Additional Provisions Incorporated Into Joint Plan Of Reorganization (Pneumo Abex "Plan A" Settlement) |
| 69 | 08/07/2007 | 13150 | Notice of Plan Objectors' Corrected Proposed Findings of Fact and Conclusions of Law |
| 70 | 08/21/2007 | 13182 | Brief Re. Joint Submission of Plan Objectors' Post-Trial Briefs in Opposition to Confirmation of Fourth Amended Joint Plan of Reorganization (As Modified) Filed by Hartford Accident and Indemnity Company, et al. |
| 71 | 08/31/2007 | 13249 | Post-Trial Reply Brief Of Plan Supporters In Support Of Confirmation Of Fourth Amended Joint Plan Of Reorganization |
| 72 | 09/01/2007 | 13250 | Joint Post-Confirmation Hearing Reply Memorandum of Certain Plan Proponents, Cooper Industries, LLC and Pneumo Abex LLC in Support of the "Plan A" Addendum to the Fourth Amended Joint Plan of Reorganization |
| 73 | 09/06/2007 | 13256 | Transcript of Hearing Held Before the Honorable Judith K. Fitzgerald on August 29, 2007 |
| 74 | 09/19/2007 | 13331 | Transcript of Hearing Held on September 7, 2007 |
| 75 | 09/19/2007 | 13332 | Transcript of Hearing Held on September 11, 2007 |
| 76 | 09/26/2007 | 13374 | Plan Supplement Re. Modifications to Fourth Amended Joint Plan of Reorganization (As Modified) For Debtors and Debtors-in-Possession and Exhibits Thereto |
| 77 | 09/26/2007 | 13375 | Notice of Filing Proposed Order Confirming Fourth Amended Joint Plan Of Reorganization For Debtors And Debtors-In-Possession (As Modified) |
| 78 | 09/26/2007 | 13376 | Notice of Filing Proposed Order Approving Addendum Of Additional Provisions Incorporated Into Joint Plan Of Reorganization (Pneumo Abex |

|  |  |  | "Plan A" Settlement) |
|---|---|---|---|
| 79 | 09/27/2007 | 13391 | Notice of Service of First Amendment to Amended and Restated Plan B Settlement Agreement - First Amendment to Plan EXH. 8.22 |
| 80 | 09/27/2007 | 13392 | Notice of Filing REVISED Proposed Findings Of Fact And Conclusions Of Law In Support Of Approval Of Plan A Settlement |
| 81 | 09/27/2007 | 13393 | Notice of Filing REVISED Proposed Findings Of Fact And Conclusions Of Law In Support Of Confirmation Of Fourth Amended Joint Plain Of Reorganization |
| 82 | 10/02/2007 | 13419 | Transcript of Hearing held on September 21, 2007 |
| 83 | 10/04/2007 | 13434 | Notice of Filing Draft Modifications to Fourth Amended Joint Plan of Reorganization (As Modified) for Debtors and Debtors-in-Possession and Exhibits Thereto |
| 84 | 10/04/2007 | 13435 | Notice of Filing Revised Draft Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Posession (As Modified) |
| 85 | 10/04/2007 | 13436 | Notice of Filing Revised Draft Findings of Fact and Conclusions of Law In Support of Confirmation of Fourth Amended Joint Plan of Reorganization |
| 86 | 10/04/2007 | 13440 | Transcript of Hearing held on September 24, 2007 |
| 87 | 10/09/2007 | 13471 | Status Report Re: Efforts To Resolve Objections To Confirmation OF The Fourth Amended Plan Of Reorganization (As Modified) |
| 88 | 10/10/2007 | 13473 | Transcript of Hearing held on October 1, 2007 |
| 89 | 10/10/2007 | 13480 | Transcript of Hearing held on October 2, 2007 |
| 90 | 10/10/2007 | 13481 | Transcript of Hearing held on October 4, 2007 |

| 91 | 10/12/2007 | 582593577 | Transcript of Hearing Held on October 10, 2007 |
| 92 | 10/17/2007 | 13499 | Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan |
| 93 | 10/24/2007 | 13548 | Notice Of Filing Counter Proposed Forms Of Order With Respect To Joint Motion Seeking Determination Of Asbestos Insurance Assignment And Preemption Issues Pursuant To Plan |
| 94 | 10/25/2007 | 13552 | Notice of Filing Revised Form of Order Granting Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan |
| 95 | 10/25/2007 | 13554 | Notice of Filing Revised Draft Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization |
| 96 | 10/26/2007 | 13567 | Transcript of Hearing Held before The Honorable Judith K. Fitzgerald on October 22, 2007 |
| 97 | 10/28/2007 | 13574 | Notice of Service Re. Revised Form of Order Granting Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan |
| 98 | 10/29/2007 | 13585 | Transcript of Hearing Held On October 22, 2007 |
| 99 | 10/30/2007 | 13614 | Modified Chapter 11 Plan Re. Fourth Amended Joint Plan of Reorganization (As Modified) for Debtors and Debtors-in-Possession and Exhibits Thereto |
| 100 | 10/30/2007 | 13620 | Notice of Filing Proposed Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (as Modified) |
| 101 | 10/30/2007 | 13623 | Notice of Filing Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization |

DM3\701968.1

| 102 | 11/01/2007 | 582593595 | Transcript of Hearing Held On October 25, 2007 |
|---|---|---|---|
| 103 | 11/01/2007 | 582593596 | Transcript of Hearing Held on October 26, 2007 |
| 104 | 11/05/2007 | 13649 | Fourth Amended Joint Plan of Reorganization (As Modified) for Debtors and Debtors-in-Possession and Exhibits Thereto |
| 105 | 11/06/2007 | 582593597 | Transcript of Hearing Held on October 29, 2007 |
| 106 | 11/06/2007 | 582593608 | Notice of Service of Filing Revised Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Fourth Amended Joint Plan of Reorganization |
| 107 | 11/06/2007 | 582593609 | Notice of Service Revised Proposed Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (As Modified) |
| 108 | 11/06/2007 | 582593612 | Notice of Service Notice of Filing Executed Stipulation And Order Regarding Remaining London Market Objections To The Plan |
| 109 | 11/07/2007 | 13660 | Modified Chapter 11 Plan (updated to incorporate only the Plan Modifications filed on July 31, 2007 (Docket No. 582593567), September 26, 2007 (Docket No. 13374), September 27, 2007 (Docket No. 13391), October 30, 2007(Docket No. 13614) and November 5, 2007 (Docket No. 13649 ). |
| 110 | 11/07/2007 | 13661 | Exhibits B and C to Proposed Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (as Modified) |
| 111 | 11/08/2007 | 13670 | Order And Stipulation Regarding Remaining London Market Objections To The Plan |
| 112 | 11/08/2007 | 13672 | Order Regarding Findings of Fact and Conclusions of Law Regarding Confirmation of Fourth Amended Joint Plan of Reorganization For Debtors and Debtors-In-Possession (As Modified) |

| 113 | 11/08/2007 | 13674 | Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-In-Possession (As Modified) |
|-----|------------|-------|---|
| 114 | 11/08/2007 | 13676 | Transcript of Hearing held on November 1, 2007 |
| 115 | 11/14/2007 | 13698 | Order Affirming the Confirmation Order Entered by the Bankruptcy Court on November 8, 2007 |
| 116 | 11/15/2007 | 13703 | Transcript of Hearing held on November 7, 2007 |
| 117 | 12/13/2007 | 13848 | Brief (Joint) in Support of Modifications to the Addendum of Additional Provisions Incorporated into Joint Plan of Reorganization (Pneumo Abex "Plan A" Settlement) and Approval of the Plan A Settlement |
| 118 | 12/13/2007 | 13850 | Notice of Filing of Modified Plan A Settlement Documents |
| 119 | 12/13/2007 | 13856 | Exhibit H, (Revised), re: Modified Plan A Settlement Documents |
| 120 | 12/13/2007 | 13857 | Exhibit H, (Revised), re: Plan Supporters' Joint Brief in Support of Modifications to the Addendum of Additional Provisions Incorporated into Joint Plan of Reorganization (Pneumo Abex "Plan A" Settlement) and Approval of the Plan A Settlement |
| 121 | 12/21/2007 | 13915 | Plan Supporters' Consolidated Joint Brief in Support of Modifications to the Addendum of Additional Provisions Incorporated into Joint Plan of Reorganization (Pneumo Abex "Plan A" Settlement) and Approval of the Plan A Settlement |
| 122 | 12/21/2007 | 13926 | Exhibit J to Plan Supporters' Consolidated Joint Brief in Support of Modifications to the Addendum of Additional Provisions Incorporated into Joint Plan of Reorganization (Pneumo Abex "Plan A" Settlement) and Approval of the Plan A Settlement |
| 123 | 12/27/2007 | 13940 | Notice of Effective Date Re. (A) Entry of Order Confirming Fourth Amended Joint Plan of |

- 13 -

| | | | |
|---|---|---|---|
| | | | Reorganization for Debtors and Debtors-in-Possession (as Modified); (B) Effective Date of the Plan; (C) Substantial Consummation of the Plan; and (D) Bar Dates for Certain Administrative Claims and Professional Claims |
| 124 | 02/15/2008 | 14083 | Plan Supporters' Consolidated Joint Reply Brief In Support Of Modifications To The Addendum Of Additional Provisions Incorporated Into Joint Plan Of Reorganization (Pneumo Abex "Plan A" Settlement) And Approval Of The Plan A Settlement |
| 125 | 02/19/2008 | 14093 | Notice of Filing of Corrected* Plan Supporters' Consolidated Joint Reply Brief in Support of Modifications to the Addendum of Additional Provisions Incorporated into Joint Plan of Reorganization (Pneumo Abex "Plan A" Settlement) and Approval of the Plan A Settlement |
| 126 | 03/20/2008 | 14237 | Memorandum Opinion and Order Regarding Assignment and Preemption Issue |
| 127 | 03/27/2008 | 582593636 | Notice of Appeal By London Market Insurers of Order Regarding Assignment and Preemption Issue |
| 128 | 04/01/2008 | 14254 | Clerk's Notice Regarding Filing of Appeal |

- 14 -

| 129 | | | Trial Exhibit No. PS-23 entered into evidence at Confirmation Hearing |
|-----|--|--|------------------------------------------------------------------------|

Dated: April 7, 2008

DUANE MORRIS LLP
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:     (302) 657-4928
Facsimile:     (302) 657-4901

MENDES & MOUNT LLP
Eileen T. McCabe
750 Seventh Avenue
New York, New York 10019-6829
Telephone:     (212) 261-8000
Facsimile:     (212) 261-8750

DUANE MORRIS LLP
Russell W. Roten (CA State Bar No. 170571)
Jeff D. Kahane (CA State Bar No. 223329)
Katherine Nichols (CA State Bar No. 228893)
633 W. 5th Street, Suite 4600
Los Angeles, CA 90071
Telephone:     (213) 689-7400
Facsimile:     (213) 689-7401

TUCKER ARENSBERG, P.C.
Michael A. Shiner (PA ID 78088)
mshiner@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
Telephone:     (412) 594-5586
Facsimile:     (412) 594-5619

*Counsel for Certain Underwriters at Lloyd's,
London, and Certain London Market Companies*

- 15 -