IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #4**

IN RE: Federal-Mogul Global Inc., et al.

| | | |
|---|---|---|
| Certain Underwriters at Lloyd's London and Certain London Market Companies | ) ) ) ) | |
| Appellant | ) | Civil Action No.  08-229 |
| v. | ) ) ) | |
| Federal-Mogul Global Inc., et al. and Future Claimants Representative | ) ) ) | |
| Appellee | ) ) | Bankruptcy Case No.  01-10578 Appeal No. 08-14 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 3/19/08 was docketed in the District Court on 4/22/08:

> The objections of the objecting Insurers and of Certain Underwriters at Lloyd's London and London Market Companies, all as defined in the Memorandum Opinion, are OVERRULED.

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 5/12/08**
Peter T. Dalleo
Clerk of Court

Date: April 23, 2008
To:   U.S. Bankruptcy Court
      Counsel