UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| FEDERAL-MOGUL GLOBAL INC., | ) Chapter 11 |
| T&N LIMITED, *et al.,* | ) |
| | ) Bankruptcy Case No. 01-10578 |
| Reorganized Debtors. | ) |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYDS, | ) Civil Action No. 08-0229 |
| LONDON, *et al.,* | ) |
| | ) |
| Appellants, | ) Judge Joseph H. Rodriguez |
| | ) |
| v. | ) |
| | ) |
| FEDERAL-MOGUL GLOBAL INC., *et al.,* | ) |
| | ) |
| Appellees. | ) |
| | ) |
| HARTFORD ACCIDENT AND | ) Civil Action No. 08-0230 |
| INDEMNITY COMPANY, *et al.,* | ) |
| | ) |
| Appellants, | ) Judge Joseph H. Rodriguez |
| | ) |
| v. | ) |
| | ) |
| FEDERAL-MOGUL GLOBAL INC., *et al.,* | ) |
| | ) |
| Appellees. | ) |
| | ) |

**STIPULATION AND ORDER REGARDING CONSOLIDATION OF APPEALS,
WAIVER OF MEDIATION, AND BRIEFING SCHEDULE**

Federal-Mogul Global Inc., T & N Limited, and the other debtors (collectively, as

reorganized, the "Reorganized Debtors") in the bankruptcy proceeding jointly administered at

case no. 01-10578 (the "Bankruptcy Case"), the Official Committee of Asbestos Claimants in the

Bankruptcy Case, and Eric Green, Futures Representative in the Bankruptcy Case (collectively,

"Appellees"), and Hartford Accident and Indemnity Company, First State Insurance Company, New England Insurance Company, AIG Casualty Company, AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa, New Hampshire Insurance Company, Allianz Global Corporate & Specialty AG (as successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456), Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company), and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.), Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, Both In Its Individual Capacity and As Successor To Certain Interests Of Harbor Insurance Company, Fireman's Fund Insurance Company, National Surety Company, Certain Underwriters at Lloyd's, London, and Certain London Market Companies (collectively, "Appellants") (and Appellants and Appellees collectively referred to as the "Parties"), hereby stipulate and agree as follows:

*WHEREAS*, the Bankruptcy Court in the Federal Mogul Bankruptcy Case entered an Order dated March 19, 2008 (the "Preemption Order");

*WHEREAS*, on March 27, 2008, Certain Underwriters at Lloyd's, London, and Certain London Market Companies ("London Market Insurers") timely filed a notice of appeal of the Preemption Order and that appeal was docketed as Civil Action No. 08-cv-229;

*WHEREAS,* on March 31, 2008, Appellants other than the London Market Insurers timely filed a notice of appeal of the Preemption Order and that appeal was docketed as Civil Action no. 08-cv-230;

*WHEREAS*, this Court's Standing Order Re Procedures to Govern Mediation of Appeals From the United States Bankruptcy Court For This District provides for mandatory mediation of all appeals to this Court, but (1) the case has not yet been referred to mediation, and (2) the Parties agree that mediation is not likely to resolve the dispute between them;

*WHEREAS*, the Parties wish to avoid duplication and unnecessary cost or delay in the appeal process; and

*WHEREAS*, the Parties have agreed to a schedule for briefing in this appeal;

*NOW THEREFORE*, the Parties agree, and the Court so orders, that:

1.     The appeals docketed in this Court under Civil Action Numbers 08-cv-229 and 08-cv-230 are hereby consolidated, and shall proceed under the revised caption:

| | |
|---|---|
| In re: | |
| FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*, | Chapter 11 |
| | Bankruptcy Case No. 01-10578 |
| Reorganized Debtors. | |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, *et al.*, | Civil Action Nos. 08-0229 and 08-0230 |
| Appellants, | Judge Joseph H. Rodríguez |
| v. | |
| FEDERAL-MOGUL GLOBAL INC., *et al.* | |
| Appellees. | |

2.     Mandatory mediation as required by the Court's Standing Order Re Procedures to Govern Mediation of Appeals From the United States Bankruptcy Court For This District is waived for purposes of this appeal.

3.   Briefing in these consolidated cases shall be in accordance with the following
schedule:

Appellants' opening brief(s) shall be filed and served by May 21, 2008.

Appellees' brief(s) shall be filed and served by June 18, 2008.

Appellants' reply brief(s) shall be filed and served by July 3, 2008.

DATED: _May 6, 2008_               SO ORDERED:

_____
Honorable Joseph H. Rodriguez

**STIPULATED AND AGREED TO:**

The Official Committee of Asbestos
Claimants

By:   /s/ Peter Van N. Lockwood
      Peter Van N. Lockwood


Eric D. Green, Futures Representative

By:   /s/ Edwin J. Harron
      Edwin J. Harron


Reorganized Debtors

By:   /s/ Jeffrey C. Steen
      Jeffrey C. Steen


Hartford Accident and Indemnity Company,
First State Insurance Company, and New
England Insurance Company

By:   /s/ Craig Goldblatt
      Craig Goldblatt


Fireman's Fund Insurance Company and
National Surety Company

By:   /s/ John D. Demmy
      John D. Demmy


AIG Casualty Company; AIU Insurance
Company; American Home Assurance
Company; Granite State Insurance
Company; Insurance Company of the State
of Pennsylvania; Lexington Insurance
Company; National Union Fire Insurance
Company of Pittsburgh, Pa; New Hampshire
Insurance Company

By:   /s/ Michael S. Davis
      Michael S. Davis


Columbia Casualty Company, Continental
Casualty Company, The Continental
Insurance Company, Both In Its Individual
Capacity and As Successor To Certain
Interests Of Harbor Insurance Company

By:   /s/ David C. Christian
      David C. Christian

- 4 -

Allianz Global Corporate & Specialty AG
(as successor-by-partial-merger to Allianz
Versicherungs AG as to Policy No. H. 0 001
456); Allianz Global Risks U.S. Insurance
Company (f/k/a Allianz Insurance
Company); and Allianz Underwriters
Insurance Company (f/k/a Allianz
Underwriters, Inc.)

By:    /s/ Elit R. Felix, II
        Elit R. Felix, II


Certain Underwriters at Lloyd's, London,
and Certain London Market Companies

By:    /s/ Russell W. Roten
        Russell W. Roten