IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC.,<br>T&N LIMITED, et al.,<br><br>                Reorganized Debtors. | Chapter 11<br><br>Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYDS,<br>LONDON, et al.,<br><br>                Appellants,<br><br>                v.<br><br>FEDERAL-MOGUL GLOBAL INC., et al.<br><br>                Appellees. | Civil Action Nos. 08-0229 and 08-0230<br><br>Judge Joseph H. Rodriguez |

## MOTION FOR ADMISSION PRO HAC VICE

Michael W. Yurkewicz, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Craig Goldblatt, of Wilmer Cutler Pickering Hale and Dorr LLP (the "Admittee") to represent Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company in the above captioned actions. The Admittee is admitted, practicing and in good standing in the District of Columbia.

By: _____
Michael W. Yurkewicz (I.D. No. 4165)
KLEHR, HARRISON, HARVEY,
  BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189 (phone)
(302) 426-9193 (fax)

USIDOCS 6681427v1

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the District of Columbia, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules and with Standing Order for District Court Fund effective 1/1/05. The Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6483
Facsimile: (202) 663-6363

Attorneys for Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company

Motion is hereby granted.

BY THE COURT:

Date: May ___, 2008

_____
The Honorable Joseph H. Rodriguez
United States District Judge

US1DOCS 6681427v1