IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*,<br><br>    Reorganized Debtors | Chapter 11<br><br>Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,<br><br>    Appellants<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL INC., *et al.*,<br><br>    Appellees. | Civil Action Nos. 08-0229 and 08-230<br><br>Judge Joseph H. Rodriguez |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eileen T. McCabe of Mendes & Mount, LLP, 750 Seventh Avenue, New York, NY 10019-6829, to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies in this matter.

Dated: May 21, 2008
       Wilmington, Delaware

                                Richard W. Riley (DE 4052)
                                DUANE MORRIS LLP
                                1100 North Market Street, Suite 1200
                                Wilmington, DE  19801
                                Telephone:   (302) 657-4900
                                Facsimile:    (302) 657-4901

                                *Counsel for Certain Underwriters at Lloyd's,*
                                *London and Certain London Market Companies*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____         _____
                                                              United States District Court Judge

DM3\726221.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Eileen T. McCabe
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
Telephone:   212-261-8000
Facsimile:    212-261-8750
Email:         Eileen.McCabe@mendes.com

2

DM3\726221.1