IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*,<br><br>Reorganized Debtors | Chapter 11<br><br>Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,<br><br>Appellants<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL INC., *et al.*,<br><br>Appellees. | Civil Action Nos. 08-0229 and 08-230<br><br>Judge Joseph H. Rodriguez |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Russell W. Roten of Duane Morris LLP, Suite 4600, 633 West Fifth Street, Los Angeles, California 90071-2065, to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies in this matter.

Dated: May 21, 2008
    Wilmington, Delaware

_____
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____       _____
                                    United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ Russell W. Roten
Russell W. Roten
DUANE MORRIS LLP
Suite 4600, 633 West Fifth Street
Los Angeles, CA 90071-2065
Telephone: 213.689.7400
Facsimile: 213.689.7401
Email: rwroten@duanemorris.com