IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*,<br><br>        Reorganized Debtors | Chapter 11<br><br>Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,<br><br>        Appellants<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL INC., *et al.*,<br><br>        Appellees. | Civil Action Nos. 08-0229 and 08-230<br><br>Judge Joseph H. Rodriguez |

## MOTION AND ORDER FOR ADMISSION PRO HAVC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael A. Shiner of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5401 to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies in this matter.

Dated: May 21, 2008
       Wilmington, Delaware

                          Richard W. Riley (DE 4052)
                          DUANE MORRIS LLP
                          1100 North Market Street, Suite 1200
                          Wilmington, DE 19801
                          Telephone:   (302) 657-4900
                          Facsimile:    (302) 657-4901

                          *Counsel for Certain Underwriters at Lloyd's,*
                          *London and Certain London Market Companies*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____         _____
                                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Michael A. Shiner
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone:   (412) 566-1212
Facsimile:   (412) 594-5619
Email:       mshiner@tuckerlaw.com