DRAFT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*, | Chapter 11 |
| Reorganized Debtors. | Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, *et al.*, | Civil Action Nos. 08-0229 and 08-0230 |
| Appellants, | Judge Joseph H. Rodriguez |
| v. | |
| FEDERAL-MOGUL GLOBAL INC., *et al.* | |
| Appellees. | |

## CORPORATE DISCLOSURE STATEMENT

Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company, parties in the above-caption matter, certify that the following are parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public:

    A.   **Hartford Accident and Indemnity Company**:  The Hartford Financial Services Group, Inc. and Hartford Fire Insurance Company are parent corporations.  The Hartford Financial Services Group, Inc. (publicly held) holds 100% of the stock of Hartford Fire Insurance Company (not a party), which holds 100% of the stock of Hartford Accident and Indemnity Company (a party).

- 2 -

B. **First State Insurance Company**: Heritage Holdings, Inc. and The Hartford Financial Services Group, Inc. are parent corporations. The Hartford Financial Services Group, Inc. (publicly held) holds 100% of the stock of Heritage Holdings, Inc. (not a party), which holds 100% of the stock of First State Insurance Company (a party).

C. **New England Insurance Company:** Heritage Holdings, Inc., The Hartford Financial Services Group, Inc., and First State Insurance Company are parent corporations. The Hartford Financial Services Group, Inc. (publicly held) holds 100% of the stock of Heritage Holdings, Inc. (not a party), which holds 100% of the stock of First State Insurance Company (a party), which holds 100% of the stock of New England Insurance Company (a party).

The Hartford Financial Services Group, Inc., a publicly held corporation that is not a party to this appeal, has a financial interest in the outcome of this appeal because it is the ultimate parent of the parties listed above.

Respectfully submitted,

/s/ Michael W. Yurkewicz
Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY
BRANZBRUG AND ELLERS LLP
919 Market St., Suite 1000
Wilmington, DE  19801
Telephone:  302-426-1189
Facsimile:  302-426-9193

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP

- 3 -

        1875 Pennsylvania Ave., NW
        Washington, D.C.  20006
        Telephone:  202-663-6000
        Facsimile:  202-663-6363

        William J. Bowman
        James P. Ruggeri
        Edward B. Parks, II
        HOGAN & HARTSON L.L.P.
        555 Thirteenth Street, N.W.
        Washington, D.C.  20004
        Telephone:  202-637-5600
        Facsimile:  202-637-5910

        *Counsel for Hartford Accident and*
        *Indemnity Company, First State Insurance*
        *Company, and New England Insurance*
        *Company*

Dated: May 21, 2008