# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FEDERAL-MOGUL GLOBAL INC., ) | |
| T&N LIMITED, et al., ) | Bankruptcy Case No. 01-10578 |
| ) | |
| Reorganized Debtors. ) | |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYDS, ) | |
| LONDON, et al., ) | Civil Action Nos. 08-0229 and 08-0230 |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | Judge Joseph H. Rodriguez |
| FEDERAL-MOGUL GLOBAL INC., et al. ) | |
| ) | |
| Appellees. ) | |
| ) | |

## DECLARATION OF SERVICE

The undersigned hereby certifies that on the 21st day of May, 2008, he caused a copy of the (i) Certain Appellants' Brief on Appeal (D.I. 13) and (ii) Corporate Disclosure Statement on Behalf of Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company (D.I. 15) to be served on the parties on the attached service list via electronic mail at the addresses indicated thereon.

    /s/ Michael W. Yurkewicz
    Michael W. Yurkewicz (I.D. No. 4165)

PHIL1 788991-1

SERVICE LIST
Via electronic mail

Alp, Paul <PAlp@crowell.com>
Bellew, Sean J. <sbellew@cozen.com>
Bowden, William P. <wbowden@ashby-geddes.com>
Conlan, James F. <jconlan@sidley.com>
Cusick, Kelly <kcusick@crowell.com>
Dorsey, John T. <jdorsey@ycst.com>
Factor, William J. <WFactor@seyfarth.com>
Felix, Elit R. <efelix@margolisedelstein.com>
Harron, Edwin J. <eharron@ycst.com>
Hartley, Kirk T. <khartley@butlerrubin.com>
Inselbuch, Elihu <ei@capdale.com>
James L. Patton, Jr. <jpatton@ycst.com>
Jameson, Bruce E. <bejameson@prickett.com>
joneill@pszyjw.com
Kahane, Jeff D. <JKahane@duanemorris.com>
Kansa, Kenneth P. <KKansa@sidley.com>
Lantry, Kevin T. <klantry@sidley.com>
ljone@pszyjw.com
Lockwood, Peter Van N. <pvnl@capdale.com>
Maclay, Kevin C. <KCM@capdale.com>
McCabe, Eileen <Eileen.McCabe@mendes.com>
Minella, Maribeth L. <mminella@ycst.com>
Newsom, Anna <Anna.Newsom@mendes.com>
Palacio, Ricardo <rpalacio@ashby-geddes.com>
Quinn, Thomas J. <thomas.quinn@mendes.com>
Riley, Richard W. <rwriley@duanemorris.com>
Rosella, Kristin <krosella@seyfarth.com>
Roten, Russell W. <RWRoten@duanemorris.com>
Shiner, Mike <mshiner@tuckerlaw.com>
Steen, Jeffrey C. <jsteen@sidley.com>
szieg@ycst.com
Tarpey, Daniel <DTarpey@seyfarth.com>
Yoder, James S. <yoderj@whiteandwilliams.com>
Zapf, Robert <RJZapf@duanemorris.com>
Zevnik, Paul <pzevnik@morganlewis.com>