IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC.,<br>T&N LIMITED, et al.,<br><br>        Reorganized Debtors.<br><br>CERTAIN UNDERWRITERS AT LLOYDS,<br>LONDON, et al.,<br><br>        Appellants,<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL INC., et al.<br><br>        Appellees. | Chapter 11<br><br>Bankruptcy Case No. 01-10578<br><br><br><br><br>Civil Action Nos. 08-0229 and 08-0230<br><br><br><br><br>Judge Joseph H. Rodriguez |

## MOTION FOR ADMISSION PRO HAC VICE

Michael W. Yurkewicz, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Nancy L. Manzer, of Wilmer Cutler Pickering Hale and Dorr LLP (the "Admittee") to represent Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company in the above captioned actions. The Admittee is admitted, practicing and in good standing in the District of Columbia, the State of New York, and the Commonwealth of Virginia.

By: _____
Michael W. Yurkewicz (I.D. No. 4165)
KLEHR, HARRISON, HARVEY,
  BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189 (phone)
(302) 426-9193 (fax)

USIDOCS 6681425v1

Doc No: 8
Date Filed: 5/21/08

The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the District of Columbia, the State of New York, and the Commonwealth of Virginia, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules and with Standing Order for District Court Fund effective 1/1/05. The Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/ Nancy L. Manzer_
Nancy L. Manzer
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6183
Facsimile: (202) 663-6363

Attorneys for Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company

Motion is hereby granted.

Date: May 12, 2008

BY THE COURT:

_/s/ Joseph H. Rodriguez_
The Honorable Joseph H. Rodriguez
United States District Judge

- 2 -

```
UNITED STATES
DISTRICT COURT
  District of Delaware
     Wilm. Division

   # 152047 - DS
    May 21, 2008


Code     Case #     Qty     Amount

PRO HAC                     25.00 CH


Total->             25.00



FROM: KLEHR, HARRISON, HARVEY,
      BRANZBURG& ELLERS LLP
      CK# 3138  WACHOVIA
      PHV FOR: NANCY MANZER
```