IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*,<br><br>————————————————<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,<br><br>  Appellants<br><br>  v.<br><br>FEDERAL-MOGUL GLOBAL INC., *et al.*,<br><br>  Appellees. | Chapter 11<br><br>Bankruptcy Case No. 01-10578<br><br>Civil Action Nos. 08-0229 and 08-0230<br><br>Judge Joseph H. Rodriguez |

## APPLICATION FOR ORAL ARUGMENT

Pursuant to Local Rule 7.1.4 of this Court, Appellants, Certain Underwriters At Lloyd's, London And Certain London Market Companies, by and through their undersigned counsel, hereby request oral argument in connection with their pending appeal at Civil Action No. 08-0229 which has been consolidated with the appeal by certain other insurers pending at Civil Action No. 08-0230. Both appeals are from the United States Bankruptcy Court for the District of Delaware's Order dated March 19, 2008 and entered on the docket on March 20, 2008 in Bankruptcy Case No. 01-10578. Briefing on the appeals was completed on July 3, 2008.

Wilmington, Delaware

Respectfully submitted,

*/s/ Richard W. Riley*

DUANE MORRIS LLP
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4928
Fax: (302) 657-4901

DM3\760851.1

MENDES & MOUNT LLP
Eileen T. McCabe
750 Seventh Avenue
New York, New York 10019-6829
Telephone: (212) 261-8000
Fax: (212) 261-8750

DUANE MORRIS LLP
Russell W. Roten (CA SBN 170571)
Jeff D. Kahane (CA SBN 223329)
633 W. 5th Street, Suite 4600
Los Angeles, CA 90071
Telephone: (213) 689-7400
Facsimile: (213) 689-7401

TUCKER ARENSBERG, P.C.
Michael A. Shiner (PA ID 78088)
mshiner@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 594-5586
Facsimile: (412) 594-5619

*Counsel for Certain Underwriters at Lloyd's,
London, and Certain London Market Companies*

Dated: July 9, 2008

DM3\760851.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*, | Chapter 11<br><br>Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,<br><br>    Appellants<br><br>    v.<br><br>FEDERAL-MOGUL GLOBAL INC., *et al.*,<br><br>    Appellees. | Civil Action Nos. 08-0229 and 08-0230<br><br>Judge Joseph H. Rodriguez |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the Application for Oral Argument by appellants, Certain Underwriters At Lloyd's, London And Certain London Market Companies was made on July 9, 2008 upon the individuals identified on the attached Service List by the manner of delivery indicated on the Service List.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: July 9, 2008
       Wilmington, Delaware

                                        Richard W. Riley (DE 4052)
                                        Duane Morris LLP
                                        1100 North Market Street, Suite 1200
                                        Wilmington, DE 19801-1246
                                        Telephone:   (302) 657-4928
                                        Facsimile:    (302) 657-4901
                                        E-mail:        rwriley@duanemorris.com

## SERVICE LIST

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>James F. Conlan<br>Larry J. Nyhan<br>Jeffrey C. Steen<br>Kevin T. Lantry<br>Kenneth P. Kansa<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603 | **VIA HAND DELIVERY**<br>James L. Patton, Jr.<br>Edwin J. Harron<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391 |
| **VIA HAND DELIVERY**<br>Laura Davis Jones<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 | **VIA FIRST CLASS MAIL**<br>Eileen T. McCabe<br>Mendes & Mount LLP<br>750 Seventh Avenue<br>New York, New York 10019-6829 |
| **VIA HAND DELIVERY**<br>Marla R. Eskin<br>Kathleen Campbell Davis<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, Delaware 19801 | **VIA FIRST CLASS MAIL**<br>Russell W. Roten<br>Duane Morris LLP<br>633 W. 5th Street, Suite 4600<br>Los Angeles, CA 90071 |
| **VIA FIRST CLASS MAIL**<br>Elihu Inselbuch<br>Caplin & Drysdale Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | **VIA FIRST CLASS MAIL**<br>Steven M. Crane<br>Berks Crane Robinson & Seal LLP<br>515 South Figueroa Street, Suite 1500<br>Los Angeles, California 90071 |
| **VIA FIRST CLASS MAIL**<br>Peter Van N. Lockwood<br>Caplin & Drysdale Chartered<br>One Thomas Circle, NW<br>Washington DC 20005 | **VIA FIRST CLASS MAIL**<br>Michael A. Shiner<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222 |
| **VIA HAND DELIVERY**<br>Richard L. Schepacarter<br>Trial Attorney<br>Office of U.S. Trustee<br>J. Caleb Boggs Federal Buiding<br>844 North King Street<br>Room 2207, Lockbox 35<br>Wilmington, Delaware 19801 | **VIA HAND DELIVERY**<br>Sean J. Bellew<br>Cozen O'Connor<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br><br>**VIA FIRST CLASS MAIL**<br>Michael S. Davis<br>Jantra Van Roy<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, New York 10022 |
| **VIA HAND DELIVERY**<br>James S. Yoder<br>White and Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | **VIA HAND DELIVERY**<br>Bruce E. Jameson<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, Delaware 19899 |

DM3\765640.1

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Elit R. Felix, II<br>Margolis Edelstein<br>The Curtis Center, 4th Floor<br>601 Walnut Street<br>Philadelphia, PA 19106-3304<br><br>**VIA HAND DELIVERY**<br>John D. Demmy<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br><br>**VIA FIRST CLASS MAIL**<br>Leonard P. Goldberger<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br><br>**VIA HAND DELIVERY**<br>Michael W. Yurkewicz<br>Klehr, Harrison, Harvey Branzburg and Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801 | **VIA FIRST CLASS MAIL**<br>David C. Christian II<br>William J. Factor<br>Seyfarth Shaw LLP<br>131 S. Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br><br>**VIA FIRST CLASS MAIL**<br>Craig Goldblatt<br>Nancy L. Manzer<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br><br>**VIA FIRST CLASS MAIL**<br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>Hogan & Hartson LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 |