## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FEDERAL-MOGUL GLOBAL INC., ) | |
| T&N LIMITED, et al., ) | Bankruptcy Case No. 01-10578 |
| ) | |
| Reorganized Debtors. ) | |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYDS, ) | |
| LONDON, et al., ) | Civil Action Nos. 08-0229 and 08-0230 |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | Judge Joseph H. Rodriguez |
| FEDERAL-MOGUL GLOBAL INC., et al. ) | |
| ) | |
| Appellees. ) | |
| ) | |

## DECLARATION OF SERVICE

The undersigned hereby certifies that on the 3rd day of July, 2008, he caused a copy of the Certain Appellants' Reply Brief (D.I. 28) to be served on the parties on the attached service list via electronic mail at the addresses indicated thereon.

        /s/ Michael W. Yurkewicz
        Michael W. Yurkewicz (I.D. No. 4165)

PHIL1 794749-1

SERVICE LIST
Via electronic mail

Alp, Paul <PAlp@crowell.com>
Bellew, Sean J. <sbellew@cozen.com>
Bowden, William P. <wbowden@ashby-geddes.com>
Conlan, James F. <jconlan@sidley.com>
Cusick, Kelly <kcusick@crowell.com>
Dorsey, John T. <jdorsey@ycst.com>
Factor, William J. <WFactor@seyfarth.com>
Felix, Elit R. <efelix@margolisedelstein.com>
Harron, Edwin J. <eharron@ycst.com>
Hartley, Kirk T. <khartley@butlerrubin.com>
Inselbuch, Elihu <ei@capdale.com>
James L. Patton, Jr. <jpatton@ycst.com>
Jameson, Bruce E. <bejameson@prickett.com>
joneill@pszyjw.com
Kahane, Jeff D. <JKahane@duanemorris.com>
Kansa, Kenneth P. <KKansa@sidley.com>
Lantry, Kevin T. <klantry@sidley.com>
ljone@pszyjw.com
Lockwood, Peter Van N. <pvnl@capdale.com>
Maclay, Kevin C. <KCM@capdale.com>
McCabe, Eileen <Eileen.McCabe@mendes.com>
Minella, Maribeth L. <mminella@ycst.com>
Newsom, Anna <Anna.Newsom@mendes.com>
Palacio, Ricardo <rpalacio@ashby-geddes.com>
Quinn, Thomas J. <thomas.quinn@mendes.com>
Riley, Richard W. <rwriley@duanemorris.com>
Rosella, Kristin <krosella@seyfarth.com>
Roten, Russell W. <RWRoten@duanemorris.com>
Shiner, Mike <mshiner@tuckerlaw.com>
Steen, Jeffrey C. <jsteen@sidley.com>
szieg@ycst.com
Tarpey, Daniel <DTarpey@seyfarth.com>
Yoder, James S. <yoderj@whiteandwilliams.com>
Zapf, Robert <RJZapf@duanemorris.com>
Zevnik, Paul <pzevnik@morganlewis.com>
meskin@camlev.com